■ JOHN WEIL PLUMBING CORP., Respondent, v. CROSS PROPERTIES, INC., et al., Appellants.— In an action to recover a balance due under a construction contract, the appeal is from an order directing appellants to consummate a settlement agreement. Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Murphy, Hallinan and Kleinfeld, JJ., concur; Nolan, P. J., dissents and votes to reverse the order and to deny the motion, with the following memorandum: If it be assumed that a superseding agreement or an executory accord may be enforced by motion, the record presented does not establish any such agreement or accord which is enforcible against appellants. (Cf. *Atterbury* v. *Walsh Paper Corp.*, 261 App. Div. 529, affd. 286 N. Y. 578.) Nor is there any stipulation between the parties for the entry of judgment.

■ JOHN WEIL PLUMBING CORP., Respondent, v. 200 EAST END AVENUE CORP., Appellant.— In an action to recover a balance due under a construction contract, the appeal is from an order directing appellant to consummate a settlement agreement. Order affirmed, with $10 costs and disbursements. No

opinion. Wenzel, Murphy, Hallinan and Kleinfeld, JJ., concur; Nolan, P. J., dissents and votes to reverse the order and to deny the motion for the same reasons as stated in the dissenting memorandum in *Weil Plumbing Corp.* v. *Cross Properties* (5 A D 2d 843).